UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL PYLANT

CIVIL ACTION

VERSUS

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., THOMAS WAYNE
GROW, NATIONAL CAR RENTAL
SYSTEM OF BATON ROUGE, INC., 21ST
CENTURY CENTENNIAL INSURANCE
COMPANY

NO.: 17-00189-BAJ-RLB

## RULING AND ORDER

Before the Court is the **Motion to Remand (Doc. 7)** filed by Daniel Pylant ("Plaintiff"). Through his motion, Plaintiff seeks to remand this action to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, arguing that Sedgwick Claims Management Services, Inc., Thomas Wayne Grow, National Car Rental System of Baton Rouge, Inc., and 21st Century Centennial Insurance Company (collectively "Defendants") failed to prove that the amount-in-controversy requirement for invoking this Court's jurisdiction is satisfied. Defendants oppose the motion. (Doc. 10).

On June 29, 2017, the United States Magistrate Judge issued a Report and Recommendation (Doc. 19), pursuant to 28 U.S.C. § 636(b)(1), addressing Plaintiff's Motion to Remand. Therein, the Magistrate Judge recommends that, because Defendants adequately established that the amount-in-controversy requirement was satisfied at the time of removal, Plaintiff's motion be denied. (Doc. 19 at pp. 12-13). The Report and Recommendation also notified the parties that, pursuant to 28 U.S.C.

§ 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Neither party filed objections.

Having carefully considered the Petition, the Motion to Remand, and other relevant documents, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and hereby **ADOPTS** the findings of fact, conclusions of law, and recommendations therein.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's **Report and Recommendation (Doc. 19)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 7)** filed by Daniel Pylant is **DENIED**.

Baton Rouge, Louisiana, this 9th day of August, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**